Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Glen J Flora
Debtor

Case No.: 04–14124–DHS
Chapter 7

David Gary Langer
Plaintiff

v.

Glen J Flora
Defendant

Adv. Proc. No. 05–02249–DHS                    Judge: Donald H. Steckroth

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 22, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 35 – 23, 25
Letter Opinion (related document:[25] Request to Enter Default, filed by Plaintiff David Gary Langer, [23] Motion to Reopen Case re: to Enter Default Judgment filed by Plaintiff David Gary Langer).. The following parties were served: Plaintiff, Defendant. Signed on 10/19/2007 (tcw, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 22, 2007
JJW: tcw

James J. Waldron
Clerk